**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number   2023-CA-1292

U.S. Bank National Association, Not in it's Individual
Capacity but Soley as Trustee for the RMAC Trust, Series
2018 G-CTT

- - Versus - -

Edward Moses Jr.

19th Judicial District Court
Case #: 722566
East Baton Rouge Parish

On Application for Rehearing filed on   09/03/2024 by Edward Moses, Jr.

Rehearing _____**DENIED**_____

_____
Jewel E."Duke" Welch Jr.

_____
Elizabeth   Wolfe

_____
Katherine Tess Stromberg

Date   SEP 1 0 2024
_____

_____
Rodd Naquin, Clerk